UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Milko V. Mateo

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

First transit INC.)

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2019 AUG 28 A 9: 21

**COMPLAINT**

Jury Trial: ☐ Yes ☒ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   
Name: Milko V. Mateo  
Street Address: P.O. Box 28203  
County, City: Newark  
State & Zip Code: Newark Jersey 07101  
Telephone Number: 908-937-1181

§ 1324c. Penalties for document fraud
(a) Activities prohibited

It is unlawful for any person or entity knowingly—

(1) to forge, counterfeit, alter, or falsely
make any document for the purpose of satisfying a requirement of this chapter or to obtain a benefit under this chapter,

(2) to use, attempt to use, possess, obtain, accept, or receive or to provide any forged, counterfeit, altered, or falsely made document in order to satisfy any requirement of this chapter or to obtain a benefit under this chapter,

(3) to use or attempt to use or to provide or attempt to provide any document lawfully issued to or with respect to a person other than the possessor (including a deceased individual)
for the purpose of satisfying a requirement of
this chapter or obtaining a benefit under this chapter,

(4) to accept or receive or to provide any
document lawfully issued to or with respect to a person other than the possessor (including a deceased individual) for the purpose of com-plying with section 1324a(b) of this title or obtaining a benefit under this chapter, or

(5) to prepare, file, or assist another in preparing or filing, any application for benefits under this chapter, or any document required under this chapter, or any document submitted in connection with such application or document, with knowledge or in reckless dis-
regard of the fact that such application or document was falsely made or, in whole or in part, does not relate to the person on whose behalf it was or is being submitted, or

(6)(A) to present before boarding a common carrier for the purpose of coming to the United States a document which relates to the alien's eligibility to enter the United States, and (B) to fail to present such document to an imigration officer upon arrival at a United States port of entry.

A. Where did the even's giving to your claim (s) occurs.

A. answer. The events took place on the grounds and property of First transit Inc., 621 route 1 south. Unit D. North Brunswick New Jersey 08902.

A. answer. Rutgers University college campuses. 188 Rutgers St New Brunswick new jersey 08901

A. answer. Rutgers University college campuses. 610 Taylor road Piscataway new jersey 08854

B. What date and approximate time did the events giving rise to your claim(s) occur?

B. answer. On or about May of 2016 mr. mateo called the hotline ethics point regarding buses that where unsafe to be operate.

B. answer. Fed 15, 2016. Between 5:00 pm and 7:30 pm Defendant. Schedule supervisor at that time. kim hale retaliated against mr. mateo because he complained about safety conditions of bus 4192 that the defroster didn't work and due to the windshield getting so foggy that there was no visibility. After complaining mr.hale told mr. mateo to keep driving. mr.mateo said if i keep driving i would only be putting the public and his own safety in danger. After refusing to keep driving. Upon belief mr.mateo was written up for insubordination for complaining to ethics point and not violating safety procedure.

B. answer. mr. mateo who called the hotline ethics point and made several complaints also regarding mr. oshiapem who is a safety supervisor. mr.oshiapem who put the lifes of students and the public while driving bus 4194 on Jan 12 2017 time 1:03 pm on a state Highway rt 18 southbound and northbound with a tire that was slashed from one end to the other.

B. answer. On Oct 24 2016 safety supervisor George oshiapem approached mr. mateo and showed a fraudulent document of pictures of tires shredded and burned to the rim. Mr. oshiapem said to mr mateo I'm giving you a written warning because bus 4209 had tires that were shredded to the rim. Mr. mateo said to mr oshiapem.

Mr. Mateo who meet with safety manager mr. kelly Who wrote up mr. mateo and asked to sign a written warning. mr. mateo said to mr kelly tires don't shredd to the rims when driving 25 miles inside a college campus.

B.answer. mr. mateo was written up because he complained to ethics point regarding mr. hale and mr. Oshiapem safety violations and endangering the lives of students motorists and employees on Jan 12 2017. after finding that mr.mateo complained to ethics point. First transit inc. Fraudulent document was use to satisfy a requirement of the law to ultimately fire mr. mateo in a more subtle manner because mr. Mateo made ethics point aware of the fraudulent document

B. answer. On Nov 1 2016 mr. mateo appealed the written warning giving light to how tires would burn to the rim and stating how the tires on the pictures didn't occurred on his shift or route. Also making management aware that the devious document is fraudulent and have given rise to fraud.

B. answer. While trying to find a resolution on or about june 2017 regarding an appeal. mr mateo who met with agm/customer relations paul carbonari, steven skoler, and Union chairman mr wayne. There was no resolution found nor was mr. mateo called to be given a work schedule. Mr. mateo who spoke with regional human resource manager brad Bayer and also made him aware of the happening at firsts transit and the fraudulent document.

I respectfully ask the court to see youtube "how to handle a blowout in your motorhome or other Rv" so that we have a better understanding of the dynamics of how a tired blow out accurs and to avoid hearsay and naysayers. I also provide a copy of one of the many different schedules to see the time it takes from one bus stop to the other.

IV. Injuries

If you sustained injuries related to the the events alleged above, describe them and state what medical treatment, if any, you required and received.

Iv injuries answer.   The retaliation detrimentally affected me emotionally physically and monetary aswell .

V. Relief:

State what you want the court to do for and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Prayer for Relief: with respect to the court i ask for either a ( Judge trial ) to decide compensation if any.

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name **First transit INC.,**
Street Address **621 Route 1 South, unite D**
County, City **North Brunswick**
State & Zip Code **New Jersey 08902**

Defendant No. 2
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 3
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4
Name _____
Street Address _____
County, City _____
State & Zip Code _____

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
[X] Federal Questions
[ ] Diversity of Citizenship
[ ] U.S. Government Plaintiff
[ ] U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 28 day of August, 20 19.

Signature of Plaintiff _____
Mailing Address  Milko Mateo
                 P.O. Box 28203
                 Newark New Jersey 07101
Telephone Number  908·937·1181
Fax Number *(if you have one)* _____
E-mail Address  milkovmateo@gmail.com

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: *[signature: Milko Mateo]*





Pictures
Oct 29, 2016
Milko Mateo
vs.
First Transit Inc.

# H25

8:24 PM - 2:52 AM  (Train Station After 9:30PM)  TOTALS

| Stop | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| BCC (OUT) | 8:24 PM | | 10:12 PM | | 12:00 AM | | 1:54 AM | | |
| DAVIDSON | 8:26 PM | | 10:14 PM | | 12:08 AM | | 1:56 AM | | |
| LSM | 8:29 PM | | 10:17 PM | | 12:11 AM | | 1:59 AM | | |
| ARC | 8:32 PM | | 10:20 PM | | 12:14 AM | | 2:02 AM | | |
| HILL CENTER | 8:34 PM | | 10:22 PM | | 12:16 AM | | 2:04 AM | | |
| STADIUM | 8:36 PM | | 10:24 PM | | 12:18 AM | | 2:06 AM | | |
| College Avenue (IN) | 8:46 PM | | 10:34 PM | | 12:28 AM | | 2:16 AM | | |
| College Avenue (OUT) | 8:46 PM | | 10:34 PM | | 12:28 AM | | 2:16 AM | | |
| SCOTT HALL | 8:48 PM | | 10:36 PM | | 12:30 AM | | 2:18 AM | | |
| SS Train Station | | | 10:37 PM | | 12:31 AM | | 2:19 AM | | |
| SAC | 8:50 PM | | 10:38 PM | | 12:32 AM | | 2:20 AM | | |
| Werblin | 8:54 PM | | 10:42 PM | | 12:36 AM | | 2:24 AM | | |
| Buell Apartmens | 8:56 PM | | 10:44 PM | | 12:38 AM | | 2:26 AM | | |
| BCC (IN) | 8:59 PM | | 10:47 PM | | 12:41 AM | | 2:29 AM | | |
| BCC (OUT) | 9:00 PM | | 10:54 PM | | 12:42 AM | | 2:30 AM | | |
| DAVIDSON | 9:02 PM | | 10:56 PM | | 12:44 AM | | 2:32 AM | | |
| LSM | 9:05 PM | | 10:59 PM | | 12:47 AM | | 2:35 AM | | |
| ARC | 9:08 PM | | 11:02 PM | | 12:50 AM | | 2:38 AM | | |
| HILL CENTER | 9:10 PM | | 11:04 PM | | 12:52 AM | | 2:40 AM | | |
| STADIUM | 9:12 PM | | 11:06 PM | | 12:54 AM | | 2:42 AM | | |
| College Avenue (IN) | 9:22 PM | | 11:12 PM | | 1:04 AM | | 2:52 AM | | |
| College Avenue (OUT) | 9:22 PM | | 11:16 PM | | 1:04 AM | | END | | |
| SCOTT HALL | 9:24 PM | | 11:18 PM | | 1:06 AM | | | | |
| SS Train Station | | | 11:19 PM | | 1:07 AM | | | | |
| SAC | 9:26 PM | | 11:20 PM | | 1:08 AM | | | | |
| Werblin | 9:30 PM | | 11:24 PM | | 1:12 AM | | | | |
| Buell Apartmens | 9:32 PM | | 11:26 PM | | 1:14 AM | | | | |
| BCC (IN) | 9:35 PM | | 11:29 PM | | 1:17 AM | | | | |
| BCC (OUT) | 9:36 PM | | 11:30 PM | | 1:18 AM | | | | |
| DAVIDSON | 9:38 PM | | 11:32 PM | | 1:20 AM | | | | |
| LSM | 9:41 PM | | 11:35 PM | | 1:23 AM | | | | |
| ARC | 9:44 PM | | 11:38 PM | | 1:26 AM | | | | |
| HILL CENTER | 9:46 PM | | 11:40 PM | | 1:28 AM | | | | |
| STADIUM | 9:48 PM | | 11:42 PM | | 1:30 AM | | | | |
| College Avenue (IN) | 9:58 PM | | 11:52 PM | | 1:40 AM | | | | |
| College Avenue (OUT) | 9:58 PM | | 11:52 PM | | 1:40 AM | | | | |
| SCOTT HALL | 10:00 PM | | 11:54 PM | | 1:42 AM | | | | |
| SS Train Station | 10:01 PM | | 11:55 PM | | 1:43 AM | | | | |
| SAC | 10:02 PM | | 11:56 PM | | 1:44 AM | | | | |
| Werblin | 10:06 PM | | 12:00 AM | | 1:48 AM | | | | |
| Buell Apartmens | 10:08 PM | | 12:02 AM | | 1:50 AM | | | | |
| BCC (IN) | 10:11 PM | | 12:05 AM | | 1:53 AM | | | | |

